# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Cayetano Lopez, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:19-cv-00033-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew Saul | ) | |
| | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 22, 2019 Order.

October 22, 2019

Frank G. Johns, Clerk
United States District Court